Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
32nd Floor
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

October 9, 2026

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

**Re: Anderson v. Carelon Behavioral Health, Inc, et al., Case No.: 1-24-cv-09260**

Dear Judge Garnett:

This firm represents Defendants Carelon Behavioral Health, Inc. ("Carelon") and Elevance Health, Inc. ("Elevance," improperly named in the Amended Complaint as "The Elevance Health Companies, Inc.") (hereafter, the "Defendants") in the above matter. We write pursuant to Rule I(B)(5) of Your Honor's Individual Rules with the consent of Plaintiff's counsel to jointly request an adjournment of the Initial Pretrial Conference currently scheduled for October 21, 2026, at 9:30 a.m., as well as the related deadlines for the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order.

Good cause exists for the requested adjournment. The parties recently participated in court ordered mediation and are continuing discussions regarding the case. In addition, the parties are discussing the impact of the Court's granting of Defendants' partial motion to dismiss on the future course of the litigation. Among other things, Plaintiff is evaluating whether to file an amended pleading in light of the Court's decision, and the parties are discussing the appropriate venue given the dismissal of all New York State and New York City law claims. Allowing additional time will enable the parties to assess the status of the pleadings following the Court's ruling, continue their post-mediation discussions, and determine the most efficient path forward before proceeding with the Initial Pretrial Conference. The requested adjournment may narrow the issues to be addressed by the Court and conserve both party and judicial resources.

Accordingly, the parties respectfully request that the Court adjourn the Initial Pretrial Conference and related deadlines to a date convenient for the Court. Counsel are available on October 26, 2026, October 30, 2026, and November 4, 2026.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*s/ Howard M. Wexler*

Howard Wexler

cc: All counsel of record (via ECF)

GRANTED. The Initial Pretrial Conference currently scheduled for October 21, 2026 is ADJOURNED to **Wednesday, November 4, 2026, at 9:00 a.m**.

The parties' proposed Case Management Plan and Scheduling Order and joint letter are due by **October 28, 2026.**

SO ORDERED. Dated October 14, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE