Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
32nd Floor
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

October 28, 2026

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

**Re: Anderson v. Carelon Behavioral Health, Inc, et al., Case No.: 1-24-cv-09260**

Dear Judge Garnett:

This firm represents Defendants Carelon Behavioral Health, Inc. ("Carelon") and Elevance Health, Inc. ("Elevance," improperly named in the Amended Complaint as "The Elevance Health Companies, Inc.") (hereafter, the "Defendants") in the above matter. We write pursuant to Rule I(B)(5) of Your Honor's Individual Rules, with the consent of Plaintiff's counsel, to jointly request an adjournment of the Initial Pretrial Conference currently scheduled for November 4, 2026, as well as the related deadlines for the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order. This is the parties' second request for an adjournment of the Initial Pretrial Conference.

Good cause exists for the requested adjournment. Since the parties' prior adjournment request, there have been developments concerning both settlement and the future course of the litigation. Following the parties' court-ordered mediation, the parties have renewed their settlement discussions and are continuing to explore whether a resolution can be reached. In addition, Plaintiff has advised that Plaintiff does not intend to file a further amended complaint following the Court's decision granting Defendants' partial motion to dismiss. Given the current posture of the pleadings, including the absence of any New York resident parties or remaining New York-based claims, Defendants have advised Plaintiff that they intend to move to transfer this action to the United States District Court for the District of New Jersey should the parties not reach a settlement.

In light of the parties' renewed settlement discussions, the parties respectfully submit that a further adjournment would allow them to continue those discussions before incurring additional litigation and judicial resources concerning the next phase of the case, including Defendants' anticipated venue motion. The requested adjournment may therefore narrow or eliminate issues that would otherwise require the Court's attention and permit the parties to determine the most efficient path forward.

Accordingly, the parties respectfully request that the Court adjourn the November 4, 2026 Initial Pretrial Conference and related deadlines to a date convenient for the Court. Counsel are available on December 1, 2026, December 9, 2026, and December 11, 2026.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*s/ Howard M. Wexler*

Howard Wexler

cc: All counsel of record (via ECF)

GRANTED. The Initial Pretrial Conference and related deadlines are ADJOURNED *sine die*. The Court will reschedule the Conference should the need arise.

The parties are instead ORDERED to file a joint status update by **November 27, 2026,** if the matter has not been settled in principle or a motion to transfer filed by that date.

If the parties reach a settlement in principle, they should promptly notify the Court. The parties are reminded that they may request a referral to Judge Gorenstein for a settlement conference at any time, if the involvement of a third-party neutral would be helpful to their ongoing discussions.

SO ORDERED. Dated October 28, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE